# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3400

_____

United States of America

*Plaintiff - Appellee*

v.

Quivadas Quadell-Lee Gaines

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: April 28, 2026
Filed: May 1, 2026
[Unpublished]

_____

Before GRUENDER, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Quivadas Gaines appeals after he pleaded guilty to being a felon in possession of a firearm and the district court[1] sentenced him to 115 months in prison. On appeal,

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

Gaines argues that 18 U.S.C. § 922(g)(1) is unconstitutional in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), and that the district court erred in calculating his Guidelines range by imposing an enhancement for possessing a firearm in connection with another felony.

Upon careful review, we conclude that Gaines's constitutional challenge is unavailing. We have held that section 922(g)(1) is not facially unconstitutional under *Bruen*. *See United States v. Cunningham*, 114 F.4th 671, 675 (8th Cir. 2024) (holding that the longstanding prohibition on possession of firearms by a felon is constitutional); *see also United States v. Rahimi*, 144 S. Ct. 1889 (2023) (upholding 18 U.S.C. § 922(g)(8), the federal prohibition on possession of a firearm while subject to a domestic violence restraining order, as constitutional on its face). We also conclude that the district court did not err in applying the enhancement for possessing a firearm in connection with another felony, as the government presented adequate evidence that Gaines's possession of the firearm was related to his theft. *See United States v. Turner*, 781 F.3d 374, 393 (8th Cir. 2015) (reviewing the construction and application of the Guidelines de novo; factual findings are reviewed for clear error).

Accordingly, we affirm.

_____